CITY OF COLUMBUS, APPELLANT, *v.* BERKHOUSE, APPELLEE.

[Cite as Columbus *v.* Berkhouse (1988), 39 Ohio St. 3d 306.]

(No. 88-1082—Submitted September 21, 1988—Decided November 16, 1988.)

*Ronald J. O'Brien,* city attorney, *James J. Fais,* city prosecutor, and *Thomas K. Lindsey,* for appellant.

*James Kura,* county public defender, and *Allen V. Adair,* for appellee.

The judgment of the court of appeals is affirmed on authority of *Tallmadge* v. *DeGraft-Biney* (1988), 39 Ohio St. 3d 300, 530 N.E. 2d 1310.

SWEENEY, LOCHER, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

MOYER, C.J., and HOLMES, J., dissent.

HOLMES, J., dissenting. I dissent for the reasons stated in my dissenting opinion in *Tallmadge* v. *DeGraft-Biney, supra.*

MOYER, C.J., concurs in the foregoing dissenting opinion.